IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHANE WILLIAM DILLARD, )<br>)<br>Defendant. )<br>_____) | Case No.  12-40023-01-RDR |

**O R D E R**

**NOW** on this 11th day of May, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks to file motions herein.  The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7).  See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including May 24, 2012, to file motions in the above-entitled action, and the government shall have until June 4, 2012, to file responses.  The hearing on said motions shall be held on June 12, 2012, at 11:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/ Richard D. Rogers
HONORABLE RICHARD D. ROGERS
UNITED STATES DISTRICT JUDGE